THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 William T.
 Boyce, Appellant.
 
 
 

Appeal From Richland County
 Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No. 2009-UP-611
Submitted December 1, 2009  Filed
 December 22, 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: William T. Boyce appeals the revocation of his probation.  Boyce argues
 the circuit court erred as a matter of law, abused its discretion, and violated
 his right to due process of law by revoking his probation when he was not
 arrested for his probation violations until over two years after the probation
 arrest warrants were issued.  After a
 thorough review of the record, counsel's brief, and Boyce's pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Boyce's appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED. 
WILLIAMS, PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.